1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8 FRANCISCO MILLAN,

9    Petitioner,

10    v.

11 ICE FIELD OFFICE DIRECTOR,

12    Respondent.

Case No. C13-120RSL

ORDER OF DISMISSAL

13
14

On June 25, 2013, the Honorable Brian A. Tsuchida, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter. That Report and Recommendation was mailed to petitioner but was returned unopened on July 2, 2013, as petitioner apparently no longer resides at the address on file with the Court.

Local Civil Rule 41(b)(2) requires parties to notify the court of any change of current mailing address or email address. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this

ORDER OF DISMISSAL - 1

1  action is DISMISSED without prejudice.

2

3           Dated this 19th day of September, 2013.

4

5                                      Robert S. Lasnik
                                       United States District Judge

ORDER OF DISMISSAL - 2